David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| RUBEN E. TRUCCO,<br><br>                    Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, NATIONAL ASSOCIATION, SETERUS, INC., EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>                    Defendants. | Case No. 2:15-cv-01834-APG-NJK<br><br>**STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE AS TO EXPERIAN INFORMATION SOLUTION, INC. ONLY** |

  Plaintiff RUBEN E. TRUCCO and EXPERIAN INFORMATION SOLUTIONS, INC. hereby stipulate and agree that the above-entitled action shall

…

…

…

…

…

…

be dismissed with prejudice in accordance with Fed. R. Civ. P. 41 (a)(2) as to, and **ONLY as to, EXPERIAN INFORMATION SOLUTIONS, INC.**. Each party shall bear its own attorney's fees, prejudgment interest, and costs of suit.

Dated:     May 4, 2016

| By: | By: |
|---|---|
| /s/David H. Krieger, Esq. | /s/Bob L. Olson, Esq. |
| David H. Krieger, Esq. | Snell & Wilmer, LLP |
| Nevada Bar No. 9086 | *Attorney for Defendant* |
| HAINES & KRIEGER, LLC | |
| 8985 S. Eastern Avenue | |
| Suite 350 | |
| Henderson, Nevada 89123 | |
| *Attorney for Plaintiff* | |

## ORDER

Based on the parties' stipulation, this action is DISMISSED in its entirety. The Clerk of Court is instructed to CLOSE THIS CASE.

Dated:  May 6, 2016.

_____
UNITED STATES DISTRICT JUDGE